UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 14-cv-21138-CMA

ITALIA MINERVINI and AIVORY VANESSA
BRAIDY,

    Plaintiffs,

v.

BELLA MIA, INC., a Florida for-profit
corporation d/b/a PINK PONY,
GALARDI SOUTH ENTERPRISES, INC.,
a Georgia for-profit corporation,
GALARDI SOUTH ENTERPRISES CONSULTING, INC.,
a Georgia for-profit corporation, and
TERI GALARDI, an individual,

    Defendants.

_____/

**DEFENDANTS, BELLA MIA, INC., GALARDI SOUTH ENTERPRISES, INC., AND GALARDI SOUTH ENTERPRISES CONSULTING, INC.'S FRCP 7.1 CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PARTIES**

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendants, BELLA MIA, INC., d/b/a PINK PONY, GALARDI SOUTH ENTERPRISES, INC., and GALARDI SOUTH ENTERPRISES CONSULTING, INC., make the following corporate disclosure and list of all persons who have a financial interest in the outcome of this case:

1

## I. Corporate Disclosures

1. <u>Parent Corporation.</u>  Bella Mia, Inc. d/b/a Pink Pony, Galardi South Enterprises, Inc., Galardi South Enterprises Consulting, Inc. have no parent corporations.

2. <u>Publicly Held Corporation.</u>  Bella Mia Inc. d/b/a Pink Pony, Galardi South Enterprises, Inc., Galardi South Enterprises Consulting, Inc., are not publicly held corporation.  No public company owns ten (10) percent or more of Bella Mia, Inc., Galardi South Enterprises, Inc. or Galardi South Enterprises Consulting, Inc..

3. <u>Dissolved Status.</u>   Galardi South Enterprises, Inc. is a dissolved corporation.

## II. Interested Parties

The following persons are interested parties:

1. Defendants:  Bella Mia Inc. d/b/a Pink Pony, Pink Pony, Galardi South Enterprises, Inc., Galardi South Enterprises Consulting, Inc., Teri Galardi.
2. All Plaintiffs in this litigation.
3. Counsel for all parties in this litigation.

Dated:  April 28, 2014

Respectfully submitted,

**/s/   Daniel W. Matlow**
Daniel W. Matlow, Esq.
Florida Bar No. 384666
E-mail: dmatlow@danmatlow.com
DANIEL W. MATLOW, P.A.
Emerald Lake Corporate Park
3109 Stirling Road
Suite 101
Fort Lauderdale, FL 33312
Telephone: (954) 842-2365
Facsimile:   (954) 337-3101
Attorney for the Corporate Defendants

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on April 28th, 2014, on all counsel of record on the Service List below via the Court's Case Management/Electronic Case Files (CM/ECF) system.

## SERVICE LIST

Samara Robbins Bober, Esq.
Peter Bober, Esq.
BOBER & BOBER, P.A.
1930 Tyler Street
Hollywood, FL 33020
Telephone: (954) 922-2298
Facsimile:  (954) 922-5455
E-mail: samara@boberlaw.com
         peter@boberlaw.com
Attorneys for Plaintiffs