UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 14-21138-CIV-ALTONAGA/Simonton**

ITALIA MINERVINI and AIVORY VANESSA
BRAIDY,

       Plaintiffs,

v.

BELLA MIA, INC., a Florida for-profit
corporation d/b/a PINK PONY, GALARDI
SOUTH ENTERPRISES, INC., a Georgia
for-profit corporation, GALARDI SOUTH
ENTERPRISES CONSULTING, INC., a
Georgia for-profit corporation, and TERI
GALARDI, an individual,

       Defendants.
_____/

## NOTICE OF PENDENCY OF OTHER ACTIONS

       I certify that the instant action:

**IS NOT** related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State Court, or administrative agency.

       I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each May 1, 2014.

2

Respectfully submitted,

s./ Peter J. Bober
PETER J. BOBER
Fla. Bar. No. 0122955
Peter@boberlaw.com
BOBER & BOBER, P.A.
1930 Tyler Street
Hollywood, FL 33020
Tel: (954) 922-2298
Fax: (954) 922-5455
Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on May 1, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s./ Peter J. Bober<br>
PETER J. BOBER

PETER J. BOBER
Fla. Bar. No. 0122955
Peter@boberlaw.com
samara@boberlaw.com
Fla. Bar No. 0156248
BOBER & BOBER, P.A.
1930 Tyler Street
Hollywood, FL 33020
Tel:  (954) 922-2298
Fax:  (954) 922-5455
Counsel for Plaintiff

Daniel W. Matlow, Esq.
Florida Bar No. 384666
E-mail: dmatlow@danmatlow.com
DANIEL W. MATLOW, P.A.
3109 Stirling Road ,Suite 101
Fort Lauderdale, FL 33312
Telephone: (954) 842-2365
Facsimile: (954) 337-3101
Counsel for Defendants